UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 04 B 27714
    PATRICIA A SCHNECK
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3311
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/27/04 and confirmed on 10/05/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 7692.12 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9564.01 | .00 | 3051.46 |
| ECAST SETTLEMENT CORP | UNSECURED | 1356.78 | .00 | 432.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5282.42 | .00 | 1685.39 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 16203.21 | .00 | 16203.21 |
| PRINCIPAL PAID | .00 | .00 | 5169.74 | .00 | 5169.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5169.74 | .00 | 5169.74 |

The Debtor's attorney, PATRICK A MESZAROS        , was allowed $ 2700.00 and was paid $   500.00  direct and $  2200.00  through the plan.

The Trustee received $    322.38 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
     CASE NO. 04 B 27714 PATRICIA A SCHNECK
```